# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  SORIN 3T | : | MDL DOCKET NO. 2816 |
| HEATER-COOLER SYSTEM | : | Civil Action No. 1:18-MD-2816 |
| PRODUCTS LIABILITY | : | |
| LITIGATION (NO. II) | : | Hon. John E. Jones, III |
| | : | |
| | : | THIS DOCUMENT RELATES TO: |
| | : | Phillip Lamar West and Karen Austin |
| | : | v. Sorin Group USA, Inc., et al. |
| | : | Case No. 1:18-cv-00262-JEJ |

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41

Plaintiffs, Phillip Lamar West and Karen Austin, hereby voluntarily dismiss this action, without prejudice, as to all Defendants.  All parties will bear their own costs.  Upon confirmation that a final settlement payment has been made, Plaintiffs agree that this action will be dismissed with prejudice as to all Defendants.

Dated: September 30, 2019

/s/ J. Stephen Welch
J. Stephen Welch
McGowan, Hood & Felder, LLC
P.O. Box 1788
1501 N. Fant Street
Anderson, SC  29622-1778 (29621)
Telephone: 864-225-6228
swelch@mcgowanhood.com

/s/ Jared B. Briant
Jared B. Briant (CO # 35773)
Faegre Baker Daniels LLP
1144 Fifteenth Street, Suite 3400
Denver, CO 80202-2569
Telephone: 303-607-3500
Facsimile: 303-607-3600
jared.briant@faegrebd.com

**Counsel for Plaintiffs**

Linda S. Svitak (MN # 0178500)
Delmar R. Ehrich (MN # 0148660)
Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone:  612-766-7000
Facsimile:   612-766-1600
linda.svitak@faegrebd.com
delmar.ehrich@faegrebd.com

**Counsel for Defendant**

## CERTIFICATE OF SERVICE

I, Margaret M. Zylstra, hereby certify that on September 30, 2019 the foregoing Stipulation of Voluntary Dismissal was filed and made available to all counsel of record via CM/ECF.

*Margaret M. Zylstra*
Margaret M. Zylstra